```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02278
   LINDA LEE ERVING GROSS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4376

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/09/2007 and was confirmed 06/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG        .00            .00          .00
BANK OF NEW YORK           MORTGAGE ARRE        .00            .00          .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC   16592.00         688.14      2553.41
DRIVE FINANCIAL SERVICES   UNSEC W/INTER     379.02            .00          .00
ADVANCE AMERICA            UNSEC W/INTER NOT FILED            .00          .00
ENTERPRISE RENT A CAR      UNSEC W/INTER    8782.62            .00          .00
BANK OF NEW YORK           NOTICE ONLY   NOT FILED             .00          .00
STEVEN A LEAHY             DEBTOR ATTY     1,340.00                         .00
TOM VAUGHN                 TRUSTEE                                       224.45
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,466.00

PRIORITY                                             .00
SECURED                                         2,553.41
    INTEREST                                      688.14
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              224.45
DEBTOR REFUND                                        .00
                        --------------        --------------
TOTALS                    3,466.00               3,466.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 02278 LINDA LEE ERVING GROSS